ORRIN SMITH, Respondent, *v.* JOHN NELSON et al., Appellants.

(Submitted June 8, 1888; decided June 26, 1888.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made the first Tuesday of January, 1885, which affirmed a judgment in favor of plaintiff entered upon the report of a referee.

*Ansley & Davie* for appellants.

*C. D Murray* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

---

HENRY L. WINGATE, Respondent, *v.* JOHN H. HASKINS, Appellant.

(Submitted June 8, 1888; decided June 26, 1888.

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made the first Tuesday of January, 1885, which affirmed a judgment in favor of plaintiff entered upon the report of a referee.

*George Bowen* for appellant.

*L. N. Bangs* and *Walter H. Smith* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.